## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

DEBRA JAVENS,

              Plaintiff,

    vs.

GE HEALTHCARE INC. and GENERAL
ELECTRIC COMPANY,

              Defendants.

Civil Action No.  1:18 CV-10877-WGY

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

I, Kimberly M. Dougherty, Esq., am a member in good standing of the bar of this Court and the attorney of record for Plaintiff in this case.  My bar number is 658014.   Pursuant to Local Rule 83.5.3, I am moving for the admission of Brooks Curtis Cutter and Todd A. Walburg to appear *pro hac vice* in this case as counsel for the Plaintiff.  Attorney Cutter and Attorney Walburg are members of the bar of California.  I have verified that Attorney Cutter and Attorney Walburg are members in good standing of the California bar to which they are admitted and there are no outstanding disciplinary or grievance proceedings against them.  Attorney Cutter's and Attorney Walburg's signed Affidavits are attached to this motion as Exhibit 1 and Exhibit 2, respectively.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Brooks Curtis Cutter and Todd A. Walburg as co-counsel for the Plaintiff in the above-captioned case.

Respectfully Submitted,
The Plaintiff,
By her Attorney,

/s/ Kimberly Dougherty
Kimberly Dougherty, Esq. (BBO No. 658014)
**ANDRUS WAGSTAFF, PC**
19 Belmont Street
South Easton, MA 02375
Telephone: (580) 230-2700
Email: *kim.dougherty@andruswagstaff.com*

**LOCAL RULE 7.1 (A) (2)**
**CERTIFICATION**

I, Kimberly Dougherty, Esq., counsel for Plaintiff in the above captioned matter, hereby certify that, pursuant to Rule 7.1 (A)(2) of the Local Rules of the United States District Court of Massachusetts, Plaintiff's counsel recently conferred with counsel for the Defendants regarding this motion, and Defendants' counsel informed Plaintiff's counsel that the Defendants do not oppose this motion.

Dated: July 10, 2018

/s/ Kimberly Dougherty
Counsel for Plaintiff Debra Javens

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of July, 2018, this Motion for Admission *Pro Hac Vice* was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ Kimberly Dougherty
Kimberly Dougherty, Esq.